

John G. Rusk
Daniel J. Rusk
Pamela D. Rusk
Jason J. Kovacs
Melissa Manna-Williams

255 Fair Street
PO Box 3356
Kingston, NY 12402
Phone: 845-331-4100
Fax: 845-331-6930
Please use P.O. Box for mail.

**Rusk Wadlin Heppner & Martuscello, LLP**

Trusted Legal Advisers since 1870
www.rwhm.com

*Of Counsel:*
George Rusk, Jr.
John J. Wadlin
Daniel G. Heppner
Daniel M. Martuscello

*Associates:*
Christine H. Guido
David Goodge
Nicholas A. Pascale

July 12, 2024

Honorable Anne M. Nardacci
US District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re:  Randolph v. Prieur et al.
     9:19-cv-00639

Dear Judge Nardacci:

Pursuant to the Court's Trial Order, dated April 18, 2024, please accept this letter as plaintiff's request for the Court to issue a Writ of Habeas Corpus Ad Testificandum for two incarcerated individuals to be produced and testify at plaintiff's upcoming trial on September 9, 2024. The incarcerated individuals are E. Moses (DIN: 12A0667) and T. Hale (DIN: 15A1963). Both men are expected to testify as witnesses to plaintiff's assault, which occurred on August 11, 2016. It is anticipated that both of these individuals will give testimony consistent with the plaintiff's testimony regarding the incident.

Thank you.

Very truly yours,

RUSK WADLIN HEPPNER & MARTUSCELLO, LLP

**JOHN G. RUSK**
Email: JohnGRusk@rwhm.com
JGR/mh
Bar Roll: 104288

cc:  Mark Dolan, Esq.
     Edward Randolph

Rusk, Wadlin, Heppner, & Martuscello, LLP has offices located in Kingston and Marlboro, N.Y.