

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

**Daniel J. Hurteau**
Office Managing Partner-Albany

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 518.427.2652
F / 866.947.0687
dhurteau@nixonpeabody.com

March 26, 2025

Honorable Anne M. Nardacci
U.S. District Court,
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

**RE:     Randolph v. Prieur et al. / 9:19-cv-00639**

Dear Judge Nardacci:

The undersigned represents Plaintiff in the above matter.  The trial in this matter is scheduled for April 23, 2025.  In that regard, I write pursuant to this Court's Order (Dkt. No. 158), dated February 20, 2025.  Please accept this letter as Plaintiff's request for the Court to issue a Writ of Habeas Corpus Ad Testificandum for two incarcerated individuals to be produced and testify at Plaintiff's upcoming trial.

As the Court may recall, on July 12, 2024, Plaintiff filed with the Court a Writ to produce the incarcerated individuals Mr. Moses (DIN: 23B1365) and Mr. Hale (DIN: 15A1963).  However, since that time, Mr. Moses has been transferred to Green Haven Correctional Facility, located at 594 Rt. 216, Stormville, NY 12582.  Mr. Hale has also been transferred to Sing Sing Correctional Facility, located at 354 Hunter Street, Ossining, NY 10562.  Consequently, Plaintiff amends his prior request in order to change Mr. Moses and Mr. Hale's current locations. Along with this letter, Plaintiff has filed a proposed Writ of Habeas Corpus Ad Testificandum.

Both men are expected to testify as witnesses to Plaintiff's assault, which occurred on August 11, 2016.  By way of background, Plaintiff alleges that he was assaulted by corrections officers at Green Meadow Correctional Facility on August 9, 2016, and August 11, 2016, in violation of his Eighth Amendment rights.  It is anticipated that both of these individuals will give testimony consistent with the Plaintiff's testimony regarding the incident.

Accordingly, for the reasons set forth above, Plaintiff requests that a Writ of Habeas Corpus Ad Testificandum be issued to produce Mr. Moses and Mr. Hale on April 23, 2025, and from day to day thereafter, for purposes of testifying at this trial.

March 26, 2025
Page 2

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

Thank you for your consideration.

Sincerely,

Daniel J. Hurteau
*Partner*

DJH/kmp