UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD RANDOLPH,<br><br>     *Plaintiff*,<br><br>  v.<br><br>J. PREIUER, et al,<br><br>     *Defendants*. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>19-CV-0639<br>AMN/ATB<br>[LEAD] |
| EDWARD RANDOLPH,<br><br>     *Plaintiff*,<br><br>  v.<br><br>L. RENAUD, et al,<br><br>     *Defendants*. | 19-CV-0640<br>AMN/ATB<br>[MEMBER] |

**TO:** SING SING CORRECTIONAL FACILITY
354 Hunter Street
Ossining, NY 10562
**CC:** UNITED STATES MARSHAL
Northern District of New York

**YOU ARE HEREBY COMMANDED** to produce the body of Terrance Hale, DIN 15A1963, now incarcerated in Sing Sing Correctional Facility at 354 Hunter Street Ossining, NY 10562, and deliver Terrance Hale, DIN 15A1963, to the custody of the United States Marshal in Albany, New York, for a trial in the above-captioned matter beginning on April 23, 2025, and continuing day-to-day until complete. At the close of each day during which the inmate's presence is required at the United States District Courthouse pursuant to this writ, the inmate shall be remanded to the custody of the New York State Department of Correctional Services pursuant to whose directions officers of the New York Department of Correctional Services shall house the inmate in a correctional facility of suitable security located in the

Northern District of New York and transport the inmate to and from the said office of the United States Marshall as and when required during the course of the proceedings in the above-captioned action.

Following the delivery of the inmate to the custody of the United States Marshal each day as required by this writ, the United States Marshal shall provide all necessary security and care of the inmate until the inmate's custody shall have been remanded to the New York State Department of Correctional Services at the end of such day.

Upon completion of said proceeding, the custody of Terrance Hale, DIN 15A1963, shall be remanded to the New York State Department of Correctional Services pursuant to whose directions officers of the New York State Department of Correctional Services shall effect return to the Sing Sing Correctional Facility under safe and secure custody.

The New York State Department of Correctional Services and the United States Marshall shall each bear their respective costs of the implementation of the terms of this writ.

_____
Anne M. Nardacci
United States District Judge