**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| EDWARD RANDOLPH, | | |
| | Plaintiff, | Case No.: |
| v. | | 9:19-CV-00639 (AMN/MJK) |
| J. PRIEUR, et al., | | [LEAD] |
| | Defendants. | |
| EDWARD RANDOLPH, | | |
| | Plaintiff, | |
| v. | | Case No.: |
| | | 9:19-CV-00640 (AMN/MJK) |
| L. RENAUD, et al., | | [MEMBER] |
| | Defendants. | |

**NOTICE OF APPEAL**

In accordance with Federal Rule of Appellate Procedure 3, Plaintiff Edward Randolph

("Mr. Randolph"), by and through his undersigned counsel, Nixon Peabody LLP, appeals to the

United States Court of Appeals for the Second Circuit from the final judgment of the district

court, entered in this action on April 29, 2025 (ECF NO. 202) (the "Judgment"); from any and all

adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all

adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged

into and became part of the Judgment, that shaped the Judgment, that are related to the

Judgment, and upon which the Judgment is based.

[*Signature block on next page*]

Dated: May 22, 2025
       New York, New York                      **NIXON PEABODY LLP**

                                               By: */s/ Paul F. Downs*
                                                      Paul F. Downs, Esq.
                                                      Daniel Hurteau, Esq.
                                                      Nixon Peabody LLP
                                                      55 West 46th Street
                                                      New York, NY 10036
                                                      212-940-3085
                                                      pdowns@nixonpeabody.com
                                                      dhurteau@nixonpeabody.com
                                               *Attorneys for Plaintiff Edward Randolph*